FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 1 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| *v.* | Criminal Action No. |
| TODD BURKHALTER | 1:26-cr-002-TRJ |

I, Todd Burkhalter, the above-named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, and having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive on January 21, 2026 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Todd Burkhalter
Defendant

Allison Dawson
Counsel for Defendant

Thomas Hawker
Counsel for Defendant

Before ______________________
Judicial Officer