IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TODD BURKHALTER

CRIMINAL ACTION NO.

1:26-CR-002-TRJ

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, TODD BURKHALTER, by and through undersigned counsel, and hereby files this motion requesting a continuance of the sentencing hearing scheduled for June 11, 2026.

(1)

On January 21, 2026, Mr. Burkhalter entered a plea of guilty to the above-styled information.  (Doc.8).

(2)

A sentencing date has been scheduled for June 11, 2026. Undersigned counsel has requested discovery materials which are needed to prepare for objections to the presentence report as well as the sentencing hearing. Mr. Burkhalter pled guilty pursuant to a criminal information and so the normal course of discovery procedures was not followed. To date, defense is still awaiting receipt of the requested

discovery. Counsel for the government has been substituted and needs additional time to respond to the defense's discovery request. Additionally, Mr. Burkhalter's original sentencing date of June 11, 2026, coincides with the World Cup events hosted in Atlanta. Mr. Burkhalter resides in Florida and anticipates that several family members and friends will be attending his sentencing. Logistically, this could be very challenging given the proximity of the two venues.

As such, both parties are requesting that this Honorable Court continue the sentencing in the above case for at least sixty days. Counsel for the government is scheduled to begin a trial in July that is expected to last through August 5, 2026.

Assistant United States Attorney Kelly Connors does not object to this motion.

WHEREFORE, Mr. Burkhalter respectfully requests continuance of the sentencing scheduled for June 11, 2026, to a date after August 5, 2026.

Dated this the 5th day of May, 2026.

Respectfully Submitted,

*/s/ Allison Dawson*
Allison Dawson
Georgia Bar No.171940
Attorney for Mr. Burkhalter

Federal Defender Program, Inc.
101 Marietta Street, NW
Suite 1500
Atlanta, Georgia 30303
404-688-7530
Allison_Dawson@fd.org