# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-00002-TRJ**
**USA v. Burkhalter**
**Honorable Tiffany R. Johnson**

Minute Sheet for proceedings held In Open Court on 08/14/2026.

| | |
|---|---|
| TIME COURT COMMENCED: 10:06 A.M. | COURT REPORTER: Shannon Welch |
| TIME COURT CONCLUDED: 11:53 A.M. | CSO/DUSM: CSO 1 |
| TIME IN COURT: 1:47 | USPO: Candice C. Logan |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lisa Enix |

| | |
|---|---|
| DEFENDANT(S): | [1] Todd Burkhalter Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>Allison Dawson representing Todd Burkhalter<br>Thomas Hawker representing Todd Burkhalter |
| PROCEEDING CATEGORY: | Sentencing Hearing |
| MINUTE TEXT: | No objections to the PSR by the Government. Defendant had objection to a 2- level enhancement under U.S.S.G §2B1.1(b)(10)(c). The Court Overruled the Defendants objection. PSR was adopted by the Court. Court sets forth sentencing guideline calculations. No objections to the guidelines as stated. The Court heard from two victims Michelle Cox and Melissa. Richard Burkhalter spoke on behalf of the defendant. Court advised defendant of his right of allocution. Defendant made a statement on his behalf. Defendant sentenced to 240 months, 3 years supervised release, no fine, special assessment $100 and restitution totaling $233,777,763.82. (see J&C) Defendant will be allowed to voluntarily surrender as notified by the United States Marshal. The Court has modified the Defendants bond conditions to add GPS monitoring. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |