IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD BURKHALTER | CRIMINAL DOCKET CASE #:<br>1:26-CR-002-TRJ |

NOTICE OF APPEAL

Notice is hereby given that TODD BURKHALTER, respectfully appeals his conviction and sentence imposed by the Honorable Tiffany R. Johnson, on August 17, 2026 in the United States District Court for the Northern District of Georgia to the Eleventh Circuit Court of Appeals.

Dated this 28th day of August, 2026.

Respectfully submitted,

/s/ *Allison C. Dawson*
Allison C. Dawson
STATE BAR NO. 171940
Attorney for TODD BURKHALTER

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
allison_dawson@fd.org