***U.S. Department of Justice***
*United States Marshals Service*
*75 Ted Turner Drive S.W. Suite 1600*
*Atlanta, GA 30303*

*STEPHEN G. SERRAO*
*U.S. Marshal*

**September 28, 2026**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 28 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**Mr. TODD BURKHALTER**
**USMS# 35948-512**
**Case # 1:2026-CR-00002-TRJ**

Dear Mr. BURKHALTER:

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

**INSTITUTION: FCI COLEMAN LOW**
**846 NE 54TH TERRACE**
**SUMTERVILLE, FL 33521**
**TELEPHONE NO: (352) 689-4000**

REPORT DATE: **NOON, October 22, 2026**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

STEPHEN G. SERRAO
United States Marshal/Northern District of Georgia

Natalie Carter
Criminal Section